# United States District Court
## For The Western District of North Carolina
## Statesville Division

ABDALLAH HUSSEIN FAKIH,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

vs.                                              CASE NO. 5:11CV87-3-RLV

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2011, Order.

                                         Signed: August 8, 2011

                                         Frank G. Johns, Clerk
                                         United States District Court